# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Dkt. No. __16-MJ-2394__   Date __2/242021__

USAO No. __2016R00594__

The Government respectfully requests the Court to dismiss without prejudice the

_____ Complaint   ✔ Removal Proceedings in

*United States v.* __TAMIKA PERKINS__

The Complaint/Rule 40 Affidavit was filed on __4/12/2016__

✔ *U.S. Marshals please withdraw warrant*

/s/ Kiersten A. Fletcher
ASSISTANT UNITED STATES ATTORNEY

KIERSTEN A. FLETCHER
(Print name)

**SO ORDERED:**

DATE: __2/25/2021__

SARAH NETBURN
United States Magistrate Judge